VIRGINIA GRAY, Appellant, v. FIRST NATIONAL BANK AND TRUST COMPANY

of Yonkers, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and the motion for summary judgment granted as prayed for in the complaint to the extent of $10,239.34, representing the total purchase price of the bonds, with interest and ten dollars costs, on the ground that there was a dedication for a special purpose of the money to pay for the bonds ordered; and that when the order had been filled the bank held the money as the agent and bailee of plaintiff and as a special deposit; and it thereby became liable to complete the purchase or pay over the amount to plaintiff on demand. (*Marine Bank* v. *Fulton Bank*, 2 Wall. 252, 256; *Northern Sugar Corporation* v. *Thompson*, 13 F. [2d] 829, 832; *Fogg* v. *Tyler*, 109 Me. 109, 114; *State* v. *Grills*, 35 R. I. 70; *People* v. *City Bank of Rochester*, 96 N. Y. 32.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.